# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JRV SERVICES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | 19-100-SDD-RLB |
| DOSTER CONSTRUCTION COMPANY, INC., ET AL. | |

## RULING

The Court, after carefully considering the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 19, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion to Remand*[3] is hereby GRANTED, and this action is to be REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Attorneys' Fees under 28 U.S.C. § 1447(c) is hereby DENIED.

---

[1] Rec. Docs. 17, 18, 19, and 20.
[2] Rec. Doc. 37.
[3] Rec. Doc. 20.

**IT IS FURTHER ORDERED** that Liberty Mutual Insurance Company's *Motion to Sever and Remand*,[4] Doster Construction Company, Inc.'s *Motion to Sever and Remand*,[5] and The Lemoine Company, LLC's *Motion to Sever and Remand*[6] are all DENIED AS MOOT.

Signed in Baton Rouge, Louisiana the 28 day of October, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 18.
[5] Rec. Doc. 17.
[6] Rec. Doc. 19.